RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
Lauren Gorman
Assistant Federal Public Defender
DAN C. MALONEY
Research & Writing Attorney
201 West Liberty Street, Suite 102
Reno, Nevada 89501
Telephone: (775) 321-8451
Facsimile: (775) 784-5369

Counsel for THOMAS BAYE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS BAYE,<br><br>        Defendant. | 3:12-cr-115-RCJ-VPC<br><br>**MOTION TO UNSEAL CERTAIN DOCUMENTS FOR LIMITED PURPOSE OF MAKING DOCUMENTS AVAILABLE FOR APPEAL** |

Defendant/Appellant, Thomas Baye, respectfully moves this Court for an Order unsealing the following listed documents for the limited purpose of allowing the documents to be reviewed in his appellate case with the United States Court of Appeals for the Ninth Circuit, Case Number 13-10531:

    1)     CR 32; Sentencing Hearing held before Chief Judge Robert C. Jones on September 23, 2013.

The issues for appeal concern the reasonableness of the sentence imposed. Review of the sentencing hearing is necessary to fully research and present these issues.

/ / /

/ / /

**CONCLUSION**

For the reasons set forth above, undersigned counsel requests that this Court enter an order unsealing the above listed documents for purposes of making the documents available for appeal.

Respectfully submitted this 30th day of October, 2013.

RENE L. VALLADARES
Federal Defender

*/s/ Dan C. Maloney for*

LAUREN GORMAN
Assistant Federal Public Defender

*/s/ Dan C. Maloney*

DAN C. MALONEY
Research and Writing Attorney

Counsel for Thomas Baye

ORDER

IT IS SO ORDERED this 13th day of December, 2013.

_____
ROBERT C. JONES